TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00241 MCE |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| MICHAEL WILLIAMS | |
| Defendants. | |

   The defendant, Michael Williams, by and through his counsel, Toni White, and the Government, by and through its counsel, Cameron Desmond, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on November 4, 2021

   2.   The co-defendant in this matter, Clarence Courtney, appeared before the Court on October 28, 2021 and a new status was set for January 13, 2022.

   3.   By this stipulation, the defendant, Michael Williams, now moves to continue the status conference until January 13, 2022, to be joined with the co-defendant's status date, and to exclude time between November 4, 2021, and January 13, 2022, under Local Code T4.

   4.   The parties agree and stipulate, and request that the Court find the following:

       (a) The Government has represented that the discovery associated with this case
           includes multiple reports and photographs. All of this discovery has been either

Case 2:20-cr-00241-TLN   Document 36   Filed 11/04/21   Page 2 of 3

produced directly to counsel and/or made available for inspection and copying.

(b) Counsel for the defendant desires additional time to review the evidence, conduct independent factual investigation, conduct legal research into sentencing issues, and discuss trial strategy and resolution options with her client.

(c) Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2021 to January 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 2, 2021                        Phillip A. Talbert
                                                Acting United States Attorney

                                                By:     /s/ Cameron Desmond
                                                CAMERON DESMOND
                                                Assistant U.S. Attorney
                                                For the United States

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

| | |
|---|---|
| Dated:  November 2, 2021 | By:    /s/ Toni White<br>TONI WHITE<br>For Defendant Michael Williams |

# ORDER

IT IS SO ORDERED.

DATED:  November 3, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3