PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RENAY WILLIAMS, <br><br> Defendant. | CASE NO. 2:20-CR-00241-TLN <br><br> STIPULATION TO SET STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: March 2, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for a Change of Plea for defendant Michael Williams on March 2, 2023.  By this stipulation, the defendant now moves to continue the Change of Plea hearing to March 16, 2023, at 9:30 a.m., and to exclude time between March 2, 2023, and March 16, 2023, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes multiple reports and photographs.  The discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)      Counsel for the defendant has been restricted from traveling or working due to an unprecedented winter storm that knocked out power and internet service.  She will be unable to

attend the hearing scheduled for March 2, 2023 or prepare for the hearing.  The next available Court date is March 16, 2023.

   c) Counsel for defendant desires additional time to meet with her client after she is again able to travel and to prepare her client both for the change of plea hearing and for trial should the change of plea hearing not proceed.

   d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2023 to March 16, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 1, 2023         PHILLIP A. TALBERT
                  United States Attorney

                  /s/ CAMERON L. DESMOND
                  CAMERON L. DESMOND
                  Assistant United States Attorney

Dated:  March 1, 2023         /s/ Toni White
                  Toni White
                  Counsel for Defendant
                  Michael Renay Williams

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2023.

_____
Troy L. Nunley
United States District Judge