PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RENAY WILLIAMS,<br><br>Defendant. | CASE NO. 2:20-CR-00241-TLN<br><br>STIPULATION TO SET STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 16, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a Change of Plea for defendant Michael Williams on March 16, 2023. Due to an unforeseen court closure on that date, the Court continued the Change of Plea hearing to March 30, 2023. By this stipulation, the defendant now moves to exclude time between today's date, March 20, 2023, and March 30, 2023, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple reports and photographs. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for the defendant was impacted by extreme weather for around a week in early March 2023 and was unable to attend a previously-scheduled Change of Plea hearing on

March 2, 2013.  Then, on March 16, 2023, the new date scheduled for the Change of Plea hearing, a security incident necessitated a court closure, resulting in a continuance to March 30, 2023, the next court date available to defense counsel.

    c)    Counsel for defendant desires additional time to meet with her prior to the anticipated change of plea hearing and to prepare for trial should the change of plea hearing not proceed.

    d)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)    The government does not object to the continuance.

    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2023 to March 30, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: March 20, 2023

/s/ Toni White
Toni White
Counsel for Defendant
Michael Renay Williams

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of March, 2023.

Troy L. Nunley
United States District Judge