TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00241 TLN |
| Plaintiff, | **REQUEST TO CONTINUE SENTENCING; ORDER** |
| v. | |
| MICHAEL WILLIAMS | |
| Defendants. | |

This matter was previously set for Judgment and Sentencing on June 20, 2024. By this Memorandum, I request that the Court reschedule this matter for Judgment and Sentencing on August 1, 2024, at 9:00 a.m. This request is based on the fact that the draft report was disclosed on May 31, 2024 (ECF #101) and more time is needed to allow for the informal and formal objections and briefing process.

Assistant United States Attorney Cameron Desmond and United States Probation Officer Erika Tatum do not object to this request.

The following proposed sentencing schedule is offered:

Judgment and Sentencing Date:                                            August 1, 2024, at 9:30 a.m.

1

| | |
|---|---|
| Reply, or Statement of Non-opposition: | July 25, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 18, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | July 11, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | July 4, 2024 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | Disclosed. |

Dated: June 6, 2024                By:    */s/ Toni White*
                                          TONI WHITE
                                          For Defendant Michael Williams

**IT IS SO ORDERED.**

Dated: June 12, 2024

_____
Troy L. Nunley
United States District Judge