TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00241 TLN |
| Plaintiff, | **ORDER SEALING EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM AND FORMAL OBJECTION** |
| v. | |
| MICHAEL WILLIAMS, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Michael Williams, IT IS HEREBY ORDERED that exhibit A to Defendant's sentencing memorandum and formal objection shall be SEALED until further order of this Court.

Dated: August 2, 2024

_____
Troy L. Nunley
United States District Judge