TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WILLIAMS,<br><br>Defendant. | No. 2:20-CR-00241 TLN<br><br>**ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM ATTACHMENTS FILED ON JULY 29, 2024 UNDER A REQUEST TO SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Michael Williams, IT IS HEREBY ORDERED that the attachments to defendant's sentencing memorandum filed under a Request to Seal on July 29, 2024 shall be SEALED until further order of this Court.

Dated: August 2, 2024

_____
Troy L. Nunley
United States District Judge

1